JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MARIE HEBERT,<br>    Plaintiff,<br> v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>    Defendant.<br>_____ | ) NO. CV 15-8554-KS<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: October 13, 2016

                _____
                 KAREN L. STEVENSON
               UNITED STATES MAGISTRATE JUDGE