UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDA MARIE HEBERT, | ) | No. CV 15-8554-KS |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND EIGHTY-SIX DOLLARS AND 78/100 ($2,086.78) subject to the terms of the stipulation.

DATE: November 11, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE